JS 45
(01/2008)         REDACTED

**FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002**

<u>Criminal Case Cover Sheet</u>                                                                                           <u>U.S. District Court</u>

<u>Place of Offense:</u>              Under Seal: Yes _X_ No ____      Judge Assigned: _____

City _____ Indictment _____                     Criminal Number: _____

County/Parish <u>Fairfax County</u>  Same Defendant _____   New Defendant   X _____

                                Magistrate Judge Case Number  <u>1:12MJ493</u>     Arraignment Date: _____

                                Search Warrant Case Number  _____

                                R 20/R 40 from District of  _____

                                Related Case Name and No: _____

<u>Defendant Information:</u>

Juvenile --Yes ___ No _X_  FBI # _____

Defendant Name: <u>Genete Yigzu</u>       Alias Name(s) _____

Address: <u>Alexandria, VA 22304</u>

Employment: _____

                                                                    Def
Birth date <u>1966</u>    SS# <u>2406</u>    Sex <u>F</u>    Race <u>Black</u>    Nationality _____  Place of Birth _____

Height _____ Weight ____ Hair _____ Eyes _____ Scars/Tattoos _____

  Interpreter: __ Yes ___ No  List language and/or dialect: _____ Automobile Description _____

<u>Location Status:</u>

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody     ___ On Pretrial Release      _X_ Not in Custody

_X_ Arrest Warrant Requested     ___ Fugitive                  ___ Summons Requested

___ Arrest Warrant Pending       ___ Detention Sought          ___ Bond _____

<u>Defense Counsel Information:</u>

Name: _____        ___ Court Appointed          Counsel conflicted out:

Address: _____     ___ Retained                 _____

Telephone: _____   Public Defender              Federal Public Defender's Office conflicted
                        out: ____

<u>U.S. Attorney Information:</u>

AUSA  <u>Jasmine Yoon</u>   Telephone No:  <u>703-299-3700</u>       Bar # _____

<u>Complainant Agency, Address & Phone Number or Person & Title:</u>

<u>Gary Kipe, Special Agent, Federal Bureau of Investigation</u>

<u>U.S.C. Citations:</u>

|       | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|-------|------------------|------------------------------------|--------------|-------------------------------|
| Set 1 | 18 USC § 641     | Theft of public money, property, or records | 1 | Felony |
| Set 2 |                  |                                    |              |                               |

(May be continued on reverse)

Date: _____  Signature of AUSA: _____